# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

## No. 201800116

———————————————

## UNITED STATES OF AMERICA
*Appellee*

v.

## ROBERT L. GRANT
Corporal (E-4), U.S. Marine Corps
*Appellant*

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
For Appellant: Captain W. Scott Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 August 2018

———————————————

Before HUTCHISON, TANG, and HINES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.